PER CURIAM.
The appellant’s conviction is affirmed. See Woods v. State, 98-1955, — So.2d -, 1999 WL 162971 (Fla. 1st DCA March 26, 1999). As in Woods, we certify the following *540 question to the supreme court as one of great public importance:
DOES THE PRISON RELEASEE REOFFENDER PUNISHMENT ACT, CODIFIED AS SECTION 775.082(8), FLORIDA STATUTES (1997), VIOLATE THE SEPARATION OF POWERS CLAUSE OF THE FLORIDA CONSTITUTION?
Affirmed.
ALLEN, WEBSTER and VAN NORTWICK, JJ., CONCUR.